USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDREA WATERS and GEOFFREY WATERS,  :
                                    :
                       Plaintiffs,  :     21-CV-7099 (VEC)
            -against-               :
                                    :     ORDER
THE UNITED STATES OF AMERICA,       :
                                    :
                       Defendant.   :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS an initial pretrial conference is scheduled for October 22, 2021 at 2:30 p.m. (Dkt. 5);

IT IS HEREBY ORDERED that the initial pretrial conference is adjourned *sine die*.

**SO ORDERED.**

**Date:  October 15, 2021**                          _____
**       New York, New York**                         **VALERIE CAPRONI**
                                                      **United States District Judge**