```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
ANDREA WATERS and GEOFFREY WATERS,          :
                                            :
                            Plaintiffs,     :     21-CV-7099 (VEC)
            -against-                       :
                                            :     ORDER
THE UNITED STATES OF AMERICA,               :
                                            :
                            Defendant.      :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS an initial pretrial conference was scheduled for October 22, 2021 at 2:30 p.m., Dkt. 5;

   WHEREAS on October 15, 2021, the Court ordered that the initial pretrial conference be adjourned *sine die*, Dkt. 6; and

   WHEREAS on November 3, 2021, counsel for the Defendant filed a notice of appearance, Dkt. 11;

   IT IS HEREBY ORDERED that an initial pretrial conference is scheduled for **January 7, 2022 at 2:00 p.m.**  The parties should appear for the conference by dialing 888-363-4749, using the access code 3121171 and the security code 7099.  The parties' joint submission is due by **December 30, 2021**.  For a description of the pre-conference submissions requirements, the parties should consult the Court's order at docket entry 5.

SO ORDERED.

Date: November 23, 2021
      New York, New York

                                             _____
                                             VALERIE CAPRONI
                                             United States District Judge