

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*86 Chambers Street*
*New York, New York 10007*

September 30, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2022
```

**By ECF**
The Honorable Valerie E. Caproni
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Andrea Waters et al. v. United States of America*, No. 21 Civ. 7099 (VEC)

Dear Judge Caproni:

This Office represents the United States of America (the "Government"), in the above-referenced action brought pursuant to the Federal Tort Claims Act. I write respectfully to request an adjournment of the pretrial conference currently scheduled for October 7, 2022 at 2:00 p.m. (*See* ECF No. 29.) Plaintiffs consent to this request.

The reason for the proposed request is that the undersigned will be out of the office and traveling on October 7 and unable to attend the scheduled conference. This is the first request to adjourn the October 7 pretrial conference. Counsel have conferred and propose the following alternative dates for the pretrial conference: October 6 or 11.

I thank the Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By:   /s/ *David E. Farber*
DAVID E. FARBER
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007

cc: Plaintiffs' Counsel (By ECF)

---

Application GRANTED. The pre-trial conference scheduled for October 7, 2022, is hereby ADJOURNED to **Friday, October 14, 2022 at 10:00 a.m.**

SO ORDERED.

*[signature]*   Date: 9/30/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE