**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 12, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2022

**By ECF**
The Honorable Valerie E. Caproni
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *Andrea Waters et al. v. United States of America*, No. 21 Civ. 7099 (VEC)

Dear Judge Caproni:

  This Office represents the United States of America, in the above-referenced action brought pursuant to the Federal Tort Claims Act. I write respectfully to request an adjournment of the pretrial conference currently scheduled for October 14, 2022 at 10:00 a.m. (*See* ECF No. 32.) Plaintiffs consent to this request.

  The reason for the proposed request is that the undersigned recently tested positive for COVID-19 and will be required to isolate until October 15, 2022. This is the second request to adjourn the post-discovery pretrial conference; the previous request was granted by the Court.

  Counsel for the parties have conferred and each are available for an in-person conference on Friday, October 21, 2022 after 3:00 p.m. In the alternative, the parties are prepared to proceed with the October 14, 2022 conference by telephonic means.

  I thank the Court for its consideration of this request.

        Respectfully,

        DAMIAN WILLIAMS
        United States Attorney

    By: /s/ *David E. Farber*
      DAVID E. FARBER
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, New York 10007
      Tel.: (212) 637-2772
      david.farber@usdoj.gov

cc: Plaintiffs' Counsel (By ECF)

Application GRANTED in part.  The pretrial conference scheduled for October 14, 2022, is hereby ADJOURNED to **Friday, October 28 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Date: 10/12/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE