U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

86 Chambers Street
New York, New York 10007

October 14, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2022

**By ECF**
The Honorable Valerie E. Caproni
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Andrea Waters et al. v. United States of America*, No. 21 Civ. 7099 (VEC)

Dear Judge Caproni:

    This Office represents the United States of America, in the above-referenced action brought pursuant to the Federal Tort Claims Act. I write respectfully to request an adjournment of the pretrial conference currently scheduled for October 28, 2022. (*See* ECF No. 34.) Plaintiffs consent to this request.

    The reason for the proposed request is that the undersigned will be traveling and not available in-person on that day. The parties conferred with the Court's clerk for purposes of scheduling and have determined that November 4, 2022 at 10:00 a.m. works for the parties and the Court. This is the third request to adjourn the post-discovery pretrial conference; the previous requests were granted by the Court.

    I thank the Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By: /s/ *David E. Farber*
DAVID E. FARBER
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2772
david.farber@usdoj.gov

Application GRANTED.

SO ORDERED. Date: 10/17/2022

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

cc: Plaintiffs' Counsel (By ECF)