```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ANDREA WATERS and GEOFFREY WATERS,      :
                                        :
                         Plaintiffs,    :            21-CV-7099 (VEC)
         -against-                      :
                                        :                ORDER
THE UNITED STATES OF AMERICA,           :
                                        :
                         Defendant.     :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a pretrial conference on November 4, 2022;

IT IS HEREBY ORDERED that Defendant's summary judgment motion is due by no later than **December 9, 2022**; Plaintiff's cross-motion and opposition are due by no later than **January 13, 2023**; the Government's reply and opposition deadline is **February 10, 2023**; Plaintiff's reply deadline is **February 24, 2023**.

**SO ORDERED.**

Date: November 4, 2022                        _____
      New York, New York                            **VALERIE CAPRONI**
                                               **United States District Judge**