**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ANDREA WATERS and GEOFFREY WATERS,

                Plaintiff,                21 **CIVIL** 7099 (VEC)

       -against-                     **JUDGMENT**

THE UNITED STATES OF AMERICA,.

                Defendants.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 7, 2023, Plaintiffs' motion for summary judgment is DENIED. Defendant's motion for summary judgment is GRANTED. This case is DISMISSED. Accordingly, the case is closed.

**Dated:**  New York, New York
           July 10, 2023

                                                    **RUBY J. KRAJICK**

                                                    Clerk of Court

                        **BY:**

                                                    **Deputy Clerk**